# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.R. MCFARLANE, M.C. HOLIFIELD**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## JONATHAN E. JOHNSON-CLAYBORNE
## AVIATION ORDNANCEMAN AIRMAN APPRENTICE (E-2), U.S. NAVY

### NMCCA 201400314
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 21 May 2014.
**Military Judge**: CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority**: Commanding Officer, Electronic Attack Squadron 129, Oak Harbor, WA.
**Staff Judge Advocate's Recommendation**: LT A. Jennings, JAGC, USN.
**For Appellant**: CAPT Bree Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 31 October 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court